CITY OF ROCHESTER, Respondent, v. CRITTENDEN PARK RIDING ACADEMY, INCORPORATED, Appellant.—Appeal dismissed unless ready for argument Novem-

ber eighteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.